U.S. District Court e the District of Massachusetts

Fidel Bordato-Limonta = Plaintiff
     -vs-
Bruce Chadbourne and
David Venturella of Ice (INS) } Defendant
     Address: JFK Federal Building
          15 New Sudbury St, Boston, MA, 02203

### Emergency Motion for Release, from Illegal Administrative Detention.

I hereby file a petition for habeas corpus in accordance with 28 U.S.C § 2241.

I have been detained by the INS (or Department of Homeland Security) for more than six-months limit authorized by the Supreme Court ruling persuant to Zadvydas v. Davis, 121 S. Ct. 2941; Lexis 4912 (2001).

In this Ruling, the Supreme Court held me, therefor the Government must prove the possibility or likelihood that effective removal is "reasonably foreseable". In my case, the Government stated clearly that removal is unforeseable in the reasonably foreseable future in the statue presumptively precludes detention for more than six-months.

Wherefore, I respectfully move the Honorable Court to order my release since the detention violated my constitutional rights.

Respectfully submitted,
Fidel Bordato
PCCF, ID# 36436
Plymouth, MA, 02360


Signature: My (INS) case number # A-23-224-92

Certification:
I hereby certify the first class mailing a copy of this to the defendants.