UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
BOSTON, MASSACHUSETTS

PccF
Fidel Bordato
ID 36436
-H-3-302               23-224-092

IN THE MATTER OF        FILE A            DATE: 5-17-04

\_ UNABLE TO FORWARD - NO ADDRESS PROVIDED

\_ ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE. THIS DECISION
IS FINAL UNLESS AN APPEAL IS FILED WITH THE BOARD OF IMMIGRATION APPEALS
WITHIN 30 CALENDAR DAYS OF THE DATE OF THE MAILING OF THIS WRITTEN DECISION.
SEE THE ENCLOSED FORMS AND INSTRUCTIONS FOR PROPERLY PREPARING YOUR APPEAL.
YOUR NOTICE OF APPEAL, ATTACHED DOCUMENTS, AND FEE OR FEE WAIVER REQUEST
MUST BE MAILED TO:    BOARD OF IMMIGRATION APPEALS
                      OFFICE OF THE CLERK
                      P.O. BOX 8530
                      FALLS CHURCH, VA  22041

\_ ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE AS THE RESULT
OF YOUR FAILURE TO APPEAR AT YOUR SCHEDULED DEPORTATION OR REMOVAL HEARING.
THIS DECISION IS FINAL UNLESS A MOTION TO REOPEN IS FILED IN ACCORDANCE
WITH SECTION 242B(c)(3) OF THE IMMIGRATION AND NATIONALITY ACT, 8 U.S.C.
SECTION 1252B(c)(3) IN DEPORTATION PROCEEDINGS OR SECTION 240(c)(6),
8 U.S.C. SECTION 1229a(c)(6) IN REMOVAL PROCEEDINGS.  IF YOU FILE A MOTION
TO REOPEN, YOUR MOTION MUST BE FILED WITH THIS COURT:

                      IMMIGRATION COURT
                      JFK FEDERAL BLDG., ROOM 320
                      BOSTON, MA  02203-0002

✓ OTHER: _See attached_

DHS - ICE
Wm. Richards,
             ADC
                              COURT CLERK
CC:                           IMMIGRATION COURT            FF

J.F.K. FEDERAL BLDG. GOVN'T CT
BOSTON, MA, 02203



U.S. Department of Justice

Executive Office for Immigration Review

*Immigration Court*

---

J.F.K. Federal Building, Government Center, Room 320
15 New Sudbury Street
Boston, Massachusetts 02203

13 May 2004

File: A# 23 224 092, <u>DETAINED</u>

In the Matter of: BORDATO-LIMONTA, Fidel

To: DHS/ICE

~~RULING~~

This Court received the enclosed letter from the respondent. Apparently, respondent has been in ICE/DHS custody at Plymouth County House of Corrections at Plymouth, MA, since 11/6/03, a period of six months. I construe respondent's letter as a demand for review and/or release pursuant to <u>ZADVYDAS v. DAVIS, 533 US 678 (2001)</u>. Respondent indicates, also, that he has not been allowed to contact the Cuban Consulate. The proper forum for these requests is DHS/ICE.

13 May 2004
Date

Patricia Sheppard
PATRICIA M.B. SHEPPARD
United States Immigration Judge

Enclosure: Letter from respondent

To Whom it May Concern

    I am a Cuban national being held at P.C.C.F on an immigration detainer. I have been held here since Nov. 6, 2003 and am writing this letter in the hope of obtaining information regarding my deportation status.
    As it is my belief that Cuba does not issue travelling papers and I will soon be approaching six months as a detainee by the immigration department, without any definitive resolution to my case, I also write to promulgate a hearing so as to determine if I can be released in a timely fashion.
    Also on Jan. 16, 2004 I was sent an Appeal Withdrawal document and advised to contact deportation for any further questions regarding departure at 617-565-3304. Obviously collect calls, or I assume so, aren't accepted at this office so I've elected to have my wife (Norma Claudio) and daughter (Sara Bordato) place these calls for me. Thus far they have been unable to gather any info. regarding my status. Perhaps you could offer some guidence regarding this

matter also.

Lastly I have gone through the proper procedure to request I be allowed to place a call to the consulate of Cuba and this facility has refused to act on my request. Is there anything you can do to facilitate this call.

Thank you for your time and consideration in these matters.

Sincerely,

Fidel Bordato Limonta
ID # 36436
I.C.E. # A-23-224-092
Date: