District Director
federal court
US. District court
One-Court-House way Suite 2300
Boston, Mass. 02210

Date: 5/28/04

Re: _____,
In Removal Proceedings
A 23-224-092

# REQUEST FOR RELEASE FROM DETENTION
# PURSUANT TO ZADVYDAS V. DAVIS

I, Fidel Bordato limonta, *pro se*, hereby request to be released from detention pursuant to *Zadvydas v. Davis*, 121 S.Ct 2491. On July 19, 2001, Attorney General John Ashcroft issued a memorandum which stated, "After six months, if an alien can provide 'good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future,' the government must rebut the alien's showing in order to continue the alien in detention." I am writing to request release as there is no significant likelihood that I will be removed in the reasonable foreseeable future.

1. I am presently in INS custody. I have been detained by the INS since Nov. 6, 2003

2. I have a final order of deportation. My deportation order became final on Sept 5, 2003. Therefore, I have been detained for more than 6 months with a final order.

3. My country will not take me back. The country I have been ordered deported to is Cuba.

4. The following efforts have been made to return me to my country of origin:

I have complied with any and all efforts to be deported but cuba doesn't issue travel documents.

5. Because my country will not take me back and I have already been in detention for six months past the date my removal order became final, I should be released immediately.

Respectfully submitted,

Fidel Bordato Limonta
Printed Name

P.C.C.F
Address

26 Long pond Rd.

Plymouth, MA. 02360

Fidel Bordati
Signature