UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FIDEL BORDATO-LIMONTA,                )
                                      )
            Petitioner                )
                                      )   Civil Action No.
     v.                               )   04cv11148-MLW
                                      )
BRUCE CHADBOURNE, ET AL.,             )
                                      )
                                      )
            Respondents               )

MOTION TO DISMISS

Respondent[1] moves to dismiss this action pursuant to Fed. R. Civ. P. rule 12(b)(1) for mootness.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114
(617) 565-2415

---

[1] The responsive official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Field Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on June 8, 2004, **at his address indicated upon release from custody at:**

**Fidel Bordato-Limonta c/o
132 Oxford St. #1
Lawrence, MA   01841**

_____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114

2